MICHAEL J. MICELI, ESQ.
Nevada Bar No. 010151
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. S
Las Vegas, Nevada 89101
(702) 382-9221 F) (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
**TREVIONNE WILLIAMS**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TREVIONNE WILLIAMS,

    Defendant.

Case No. 2:17-CR-00180-JAD-PAL

### STIPULATION AND ORDER TRAVEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between **RICHARD ANTHONY LOPEZ** Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J. MICELI, ESQ.**, counsel for **TREVIONNE WILLIAMS;** that Defendant Williams' pretrial release conditions be temporarily modified to allow him to travel outside of Houston, Texas as set forth below. This stipulation is entered into for the following reasons.

1. Williams' family will be taking a five-day cruise to the Western Caribbean that will depart from Galveston, Texas on September 22, 2018.

2. The Pretrial Services Officer supervising Williams informs the Government that she has no objection to Williams attending this cruise with his family and that Williams has to date complied with his conditions of release.

3. As a condition of Williams' pretrial release (ECF 138), he is restricted to travel within Harris County and the surrounding counties and to travel to the District of Nevada for court.

Accordingly, the parties hereby request that the Court temporarily modify Williams' conditions to allow him to travel under the following conditions:

1. Williams will be allowed to travel from Houston, Texas to Galveston, Texas on September 22, 2018 for the purpose of boarding a Carnival cruise ship with his family.

2. Williams will be allowed to travel on this cruise for five days which will sail to the Western Caribbean.

3. Within 24 hours of his return to Houston, Texas, Williams will check in with his pretrial officer Elizabeth Martinez.

**DATED** this 12th day of September, 2018.

| | |
|---|---|
| /S/ | /S/ |
| **MICHAEL J. MICELI, ESQ.** | **RICHARD ANTHONY LOPEZ** |
| Nevada Bar No. 10151 | Assistant United States Attorney |
| 601 Las Vegas Blvd. S. | 501 Las Vegas Blvd. S., Ste. 1100 |
| Las Vegas, Nevada 89104 | Las Vegas, NV 89101 |
| Attorney for Defendant | Attorney for the United States |

Based upon the Stipulation of Counsel, and with good cause appearing, **IT IS SO ORDERED**.

DATED this 12 day of September 2018.

_____
**MAGISTRATE JUDGE**