GENTILE CRISTALLI
MILLER ARMENI SAVARESE
PAOLA M. ARMENI
Nevada Bar No. 8357
E-mail: parmeni@gcmaslaw.com
410 South Rampart Blvd., Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
*Attorney for Defendant Denzel Campbell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREVIONNE WILLIAMS, KEITH BELL, and **DENZEL CAMPBELL**,<br><br>Defendants. | Case No.: 2:17-cr-00180-JAD-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE MOTIONS DEADLINES ONLY (FOURTH REQUEST)** |

IT IS HEREBY STIPULATED by and between Defendant, **Denzel Campbell**, by and through his counsel Paola M. Armeni, Esq., Defendant, **Trevionne Williams**, by and through his counsel Michael J. Miceli, Esq., Defendant, **Keith Bell** by and through his counsel Jess R. Marchese, Esq., and the Plaintiff, **United States of America**, by and through counsel Dayle Elieson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, that the Pre-trial Motion deadline date scheduled for September 20, 2018, be vacated and extended in accordance with the parties' agreement below.

**IT IS FURTHER STIPULATED AND AGREED** that the parties herein shall have up to and including October 4, 2018, within which to file any and all Pre-trial Motions and Notice of Defense.

**IT IS FURTHER STIPULATED AND AGREED** that the parties herein shall have up to and including October 18, 2018, within which to file any and all responsive pleadings.

…

…

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, NV 89145
(702) 880-0000

**IT IS FURTHER STIPULATED AND AGREED** that the parties herein shall have up to and including October 22, 2018, within which to file any and all replies to dispositive motions.

This Stipulation is entered into for the following reasons:

1. The Pre-trial Motion deadline was September 20, 2018.
2. Defense counsel needs additional time to make a final determination if any pre-trial motions are necessary or if the matter can be resolved without pretrial motions.
3. The extension will allow the parties to meet the deadlines or resolve their cases.
4. Denzel Campbell, Trevionne Williams, and Keith Bell, have appeared in this case are not in custody and along with the government agree to a continuance.
5. Plea Agreements were filed on behalf of the other co-defendants.
6. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.
7. For all the above-stated reasons, the ends of justice would be best served by the continuance of the deadlines of pretrial motions.
8. This is the fourth request for an extension of time to file pre-trial motions.

| | |
|---|---|
| DAYLE ELIESON<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | GENTILE CRISTALLI<br>MILLER ARMENI SAVARESE |
| DATED this 21st day of September, 2018. | DATED this 21st day of September, 2018. |
| /s/ Richard Anthony Lopez<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>**UNITED STATES OF AMERICA** | /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>**DENZEL CAMPBELL** |
| LAW OFFICE OF JESS R. MARCHESE | PITARO & FUMO, CHTD |
| DATED this 21st day of September, 2018. | DATED this 21st day of September, 2018. |
| /s/ Jess R. Marchese<br>JESS R. MARCHESE<br>Attorney for Defendant,<br>**KEITH BELL** | /s/ Michael J. Miceli<br>MICHAEL J. MICELI<br>Attorney for Defendant,<br>**TREVIONNE WILLIAMS** |

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, NV 89145
(702) 880-0000

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREVIONNE WILLIAMS, KEITH BELL, and **DENZEL CAMPBELL**,<br><br>Defendants. | Case No.: 2:17-cr-00180-JAD-PAL |

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**CONCLUSIONS OF LAW**

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. The Pre-trial Motion deadline was September 20, 2018.

2. Defense counsel needs additional time to make a final determination if any pre-trial motions are necessary or if the matter can be resolved without pretrial motions.

3. The extension will allow the parties to meet the deadlines or resolve their cases.

4. Denzel Campbell, Trevionne Williams, and Keith Bell, have appeared in this case are not in custody and along with the government agree to a continuance.

5. Plea Agreements were filed on behalf of the other co-defendants.

6. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would be best served by the continuance of the deadlines of pretrial motions and trial date.

8. This is the fourth request for an extension of time to file pre-trial motions.

9. The ends of justice are served by granting said continuances and outweigh the best interest of the public and the Defendant's right to a speedy trial, since the failure to grant said

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, NV 89145
(702) 880-0000

continuances would be likely to result in a miscarriage of justice, as it would deny the parties herein sufficient time, and the opportunity, within which to effectively and thoroughly prepare and file pretrial motions, responses, and replies, and prepare for trial taking into account the exercise of due diligence.

## ORDER

**IT IS HEREBY ORDERED** by and between the parties herein, the deadlines for filing any and all pre-trial motions are hereby due on or before the 4th day of October, 2018.

**IT IS FURTHER ORDERED** that the deadlines for filing of responsive pleadings, are hereby due on or before the 18th day of October, 2018.

**IT IS FURTHER ORDERED** that the deadlines for filing of responsive pleadings are hereby due on or before the 22nd day of October, 2018.

**IT IS SO ORDERED.**

DATED this 27th day of September, 2018.
Nunc pro tunc: 9/20/2018.

_____
**JENNIFER A. DORSEY**
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.: 2:17-cr-00180-JAD-PAL**

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, NV 89145
(702) 880-0000