MICHAEL J MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
TREVIONNE WILLIAMS

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00180-JAD-PAL |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA |
| TREVIONNE WILLIAMS, | |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED by and between TREVIONNE WILLIAMS, Defendant, by and through his counsel MICHAEL J MICELI, ESQ, DAYLE ELIESON, United States Attorney, and TONY LOPEZ, Assistant United States Attorney, that the Change of Plea Hearing currently scheduled for November 9, 2018 at 9:30 a.m. be vacated and continued after November 23, 2018 or to a time convenient with the Court.

This Stipulation is entered into for the following reasons:

1. The defendant is out of custody and agrees to the continuance.

2. The defendant lives out of state and needs additional time to make travel arrangements.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

5. This is the first request to continue the change of plea hearing.

DATED this 2nd day of November, 2018.

Respectfully submitted.

DAYLE ELIESON
UNITED STATES ATTORNEY

PITARO & FUMO, CHTD.

| /s/ | /s/ |
|---|---|
| MICHAEL J. MICELI, ESQ. | TONY LOPEZ, ESQ. |
| 601 LAS VEGAS BOULEVARD, SOUTH | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR DEFENDANT | LAS VEGAS, NEVADA 89101 |
| TREVIONNE WILLIAMS | |

MICHAEL J MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
TREVIONNE WILLIAMS

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-00180-JAD-PAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINDINGS OF FACT AND |
| v. | ) | CONCLUSIONS OF LAW |
| | ) | |
| TREVIONNE WILLIAMS, | ) | |
| | ) | (First Request) |
| Defendant. | ) | |
| _____ | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The defendant is out of custody and agrees to the continuance.

2. The defendant lives out of state and needs additional time to make travel arrangements.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

5. This is the first request to continue the change of plea hearing.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance outweigh the best interest of the public and defendants since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for change of plea hearing taking into account the exercise of due diligence.

## ORDER

**IT IS ORDERED** that Change of Plea Hearing currently scheduled for November 9, 2018, at 9:30 a.m. be continued to November 26, 2018, at the hour of 9:30 a.m.

DATED this 2nd day of November, 2018.

_____
U.S. DISTRICT JUDGE